| | |
|---|---|
| 1 | TIMOTHY K. BRANSON (SBN: 187242) |
| 2 | tbranson@grsm.com |
|   | PATRICK J. MULKERN (SBN: 307272) |
| 3 | pmulkern@grsm.com |
| 4 | GORDON REES SCULLY MANSUKHANI |
|   | 101 W. Broadway Suite 2000 |
| 5 | San Diego, CA 92101 |
|   | Telephone: (619) 230-7441 |
| 6 | Facsimile: (619) 696-7124 |
| 7 | |
| 8 | PHILIP BRINSON (*Pro Hac Vice pending*) |
|   | pbrinson@grsm.com |
| 9 | GORDON REES SCULLY MANSUKHANI |
| 10 | 1900 West Loop South, Suite 1000 |
|    | Houston, TX 77027 |
| 11 | Telephone: (713) 961-3366 |
| 12 | Facsimile: (713) 961-3938 |
| 13 | Attorneys for Defendant |
| 14 | CAROL COLE COMPANY, INC. d/b/a NUFACE |

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIKA CHAMBERS, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAROL COLE COMPANY, INC., doing business as NUFACE,<br><br>Defendant. | Case No. 3:24-cv-01938-DMS-BJW<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING CONFERENCE/ENE**<br><br>Complaint:   Oct. 21, 2024<br>Trial:              Not Set |

**TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiff ONIKA CHAMBERS ("Plaintiff") and Defendant CAROL COLE COMPANY, INC., doing business as NUFACE ("Defendant") have reached an agreement in principle to resolve all claims between Plaintiff and Defendant pending in this action. Plaintiff and Defendant are in the process of drafting and executing the formal settlement agreement and related dismissal papers. The Parties expect that the final executed Joint Stipulation of Dismissal of all claims will be filed within 30 days.

In the meantime, the Parties respectfully request that the Court vacate all current deadlines and events, including the Early Neutral Evaluation and Case Management Conference scheduled for February 12, 2026.

Dated: February 11, 2026        BURSOR & FISHER, P.A.

By: */s/ L. Timothy Fisher*
L. Timothy Fisher (SBN: 191626)
Jenna L. Gavenman (SBN: 348510)
Joshua R. Wilner (SBN: 353949)
Joshua B. Glatt (SBN: 354064)
Attorneys for Plaintiff ONIKA CHAMBERS

Dated: February 11, 2026        GORDON REES SCULLY MANSUKHANI

By: */s/ Timothy K. Branson*
Timothy K. Branson
Philip Brinson *(Pro Hac Vice pending)*
Patrick J. Mulkern
Attorneys for Defendant CAROL COLE COMPANY, INC. d/b/a NUFACE

**<u>Certification of Signature Authorization Pursuant to Sec. 2.f.4 of S.D. Cal.'s ECF Administrative Policies and Procedures Manual</u>**

I, Timothy K. Branson, hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained authorization for their electronic signature.

*/s/ Timothy K. Branson*
Timothy K. Branson