**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Jenna L. Gavenman (SBN 348510)
Joshua R. Wilner (SBN 353949)
Joshua B. Glatt (SBN 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         jgavenman@bursor.com
         jwilner@bursor.com
         jglatt@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (SBN 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiff*

TIMOTHY K. BRANSON (SBN: 187242)
tbranson@grsm.com
PATRICK J. MULKERN (SBN: 307272)
pmulkern@grsm.com
**GORDON REES SCULLY
MANSUKHANI**
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7441
Facsimile: (619) 696-7124

PHILIP BRINSON (Pro Hac Vice pending)
pbrinson@grsm.com
**GORDON REES SCULLY
MANSUKHANI**
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938

*Attorneys for Defendant*
CAROL  COLE  COMPANY,  INC.  d/b/a
NUFACE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIKA CHAMBERS, individually and on behalf of all other persons similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>CAROL COLE COMPANY, INC. d/b/a NUFACE,<br><br>                              Defendant. | Case No. 3:24-cv-01938-DMS-BJW<br><br>**JOINT STIPULATION OF DISMISSAL** |

CASE NO. 3:24-cv-01938-DMS-BJW

## STIPULATION OF DISMISSAL

Plaintiff Onika Chambers ("Plaintiff") and Defendant Carol Cole Company, Inc. (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted individually by Plaintiff are dismissed with prejudice, and the putative class claims are dismissed without prejudice.  Each side will be responsible for and bear its own costs and expenses.

Dated:  March 13, 2026          **BURSOR & FISHER, P.A.**

By: _____ */s/ L. Timothy Fisher* _____

L. Timothy Fisher (State Bar No. 191626)
Jenna L. Gavenman (State Bar No. 348510)
Joshua R. Wilner (State Bar No. 353949)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        jgavenman@bursor.com
        jwilner@bursor.com
        jglatt@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiff*

1

CASE NO. 3:24-cv-01938-DMS-BJW

Dated: March 13, 2026                **GORDON REES SCULLY MANSUKHANI, LLP**

By:   */s/ Patrick J. Mulkern*

Timothy K. Branson (SBN: 187242)
Philip Brinson (*Pro Hac Vice pending*)
Patrick J. Mulkern (SBN: 307272)

*Attorneys for Defendant*
*Carol Cole Company, Inc. d/b/a Nuface*

Certification of Signature Authorization Pursuant to Sec. 2.f.4 of S.D. Cal.'s ECF

Administrative Policies and Procedures Manual

I, L. Timothy Fisher, hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained authorization for their electronic signature.

*/s/ L. Timothy Fisher*
L. Timothy Fisher

IT IS SO ORDERED.

DATED   3-16-21

UNITED STATES DISTRICT JUDGE

2

CASE NO. 3:24-cv-01938-DMS-BJW